808 F.2d 834
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Neil ABRAMSON, individually and on behalf of all other
taxpayers of the City of Chesapeake, Virginia, and
the Commonwealth of Virginia and the
United States of America,
Plaintiff-Appellant,
v.
The INDUSTRIAL DEVELOPMENT AUTHORITY OF THE CITY OF
CHESAPEAKE; H. Leon Hodges, individually and as a member of
the Industrial Authority of the City of Chesapeake; Kellam
& Kellam and Kellam, Pickrell & Lawler; Richard B. Kellam,
individually and as a former partner in Kellam & Kellam;
James B. Pickrell; William H. Hodges, Intermediate Court of
Appeals for the Commonwealth of Virginia; City of
Chesapeake; J. Bennie Jennings, William Ward, John Butt,
Willa Bazemore, Walter Cartwright, John Keffer, Cecil Y.
Jenkins, Sidney Oman, and David Wynne, each individually and
as member of City Counsel of Chesapeake; Chesapeake Bank
Corporation; Chesapeake Bank & Trust; People's Bank of
Chesapeake; Hunton & Williams, formerly Hunton, Williams,
Gay, Powell & Gibson; Hunton, Williams, Gay, Powell &
Gibson; Harry Frazier, III; Virginia National Bank and
Sovran Bank United Virginia Bank and John Doe and Richard
Roe, parties who true identity is not now known to the
plaintiff; all Industrial Development Authorities,
similarly situated as the Industrial Development Authority
of the City of Chesapeake, and Evans Products Company,
Defendants-Appellees.
 86-3099
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 24, 1986.
Decided Dec. 12, 1986.
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., District Judge. (CA-86-216)
 Before SPROUSE and ERVIN, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 
 
 1
 Neil Abramson, appellant pro se.
 
 
 2
 James Walter Hopper for appellee Industrial Development Authority of the City of Chesapeake, H. Leon Hodges, City of Chesapeake, J. Bennie Jennings, William Ward, John Butt, Willa Bazemore, Walter Cartwright, Jr., John Keffer, Cecil Y. Jenkins, Sidney Oman, David Wynne and All Industrial Development Authorities.
 
 
 3
 William F.D. Gallalee, William DeLaney Bayliss for appellees and Kellam & Kellam, Kellam, Pickrell and Lawler, James B. Pickrell, and William H. Hodges, Richard B. Kellam, appellee.
 
 
 4
 Gregory Slack Larsen for appellees Chesapeake Bank Corporation and Chesapeake Bank & Trust.
 
 
 5
 James P. St. Clair for appellee People's Bank of Chesapeake.
 
 
 6
 Jerald Gladstone Weinberg for appellees Hunton & Williams, Hunton, Williams, Gay, Powell & Gibson, and Harry Frazier, III.
 
 
 7
 Stephen E. Noona for Virginia National Bank, Sovran Bank, N.A., and United Virginia Bank.
 
 PER CURIAM:
 
 8
 A review of the record and the district court's opinion discloses that this appeal of that court's order dismissing the action with prejudice is without merit. We dispense with oral argument because the appeal is frivolous, deny Abramson's motion to proceed in forma pauperis, and dismiss the appeal on the reasoning of the district court. Abramson v. Industrial Development Authority of City of Chesapeake, C/A No. 86-216 (E.D.Va., June 24, 1986).
 
 
 9
 DISMISSED.